UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANTE WATTS,<br><br>   Plaintiff,<br><br>  v.<br><br>DAVID EPPS,<br><br>   Defendant. | Case No. 24-cv-03913-JSC<br><br>**ORDER OF DISMISSAL** |

On September 4, 2024, the Court dismissed Plaintiff's civil rights complaint for failure to present a cognizable claim for relief. (ECF No. 5.) Plaintiff was granted until October 4, 2024, to file an amended complaint, and warned that if he did not file an amended complaint that cured the deficiencies in his original complaint, the case would be dismissed. (*Id.* at 4.) Plaintiff has not filed an amended complaint, and the deadline to do so has passed.

On October 23, 2024, the Court received a letter from Plaintiff stating that he "understand[s]" that he "was needing fix on exhausting administrative remedies," and that he "sent San Quentin the copy of the court paper work attorney at law prison law office to get help." (ECF No. 7.) He states that "they never sent my court paper work back so I can exhaust my remedies" and that "they won't give me my mail I sent to my family with court paper work." (*Id.*) He requests his "petition" so he "can get it remedies exhausted." (*Id.*) The order of dismissal with leave to amend did not require exhaustion of administrative remedies, but rather that Plaintiff file an amended complaint in which he seeks a form of relief available to him in this civil rights action. (ECF No. 5 at 3.) Therefore, the letter, which was filed well after the deadline to amend, does not excuse his failure to file a timely amended complaint that cures the deficiencies in his complaint or to request a timely extension of time to do so.

This case is accordingly DISMISSED with prejudice to the extent Plaintiff is bringing a

section 1983 claim for damages.  *See WMX Technologies v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) (when complaint has been dismissed with leave to amend and plaintiff does not amend, further district court determination is necessary).  It is dismissed without prejudice to the extent he intended to bring a habeas petition.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: November 12, 2024

JACQUELINE SCOTT CORLEY
United States District Judge